FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2007 JAN -9 AM 11: 04

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

TIMOTHY JEROME ADDISON

Case No. 8:07-CR- 00010-T-30TGW
18 U.S.C. § 924(c)
21 U.S.C. § 841(b)(1)(D)
18 U.S.C. § 922(g)
18 U.S.C. § 924(d)(1)-Forfeiture
21 U.S.C. § 853-Forfeiture
28 U.S.C. § 2461(C)-Forfeiture

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

From an unknown date and continuing until on or about November 26, 2006, in the Middle District of Florida,

TIMOTHY JEROME ADDISON,

knowingly possessed firearms, that is, one Sigsauer 9mm. handgun and one Glock .40 caliber handgun, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession With Intent to Distribute Marijuana, as charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Sections 924(c).

### COUNT TWO

On or about November 26, 2006, in the Middle District of Florida,

TIMOTHY JEROME ADDISON,

knowingly and intentionally possessed with intent to distribute less than 50 kilograms of marihuana, a schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(b)(1)(D).

## COUNT THREE

From an unknown date and continuing until on or about November 26, 2006, in the Middle District of Florida,

TIMOTHY JEROME ADDISON,

the defendant herein, having been convicted of the following crimes punishable by imprisonment for a term exceeding one year, to wit:

> Possession of Cocaine, Case Number 89-6663, in the Circuit Court, Thirteenth Judicial Circuit, Hillsborough County, on or about July 3, 1990; and
>
> Aggravated Battery and Carrying a Concealed Firearm, Case Number 90-6502, in the Circuit Court, Thirteenth Judicial Circuit, Hillsborough County, on or about July 3, 1990.

knowingly possessed, in and affecting interstate and foreign commerce, one Sigsauer 9mm. handgun, one Glock .40 caliber handgun, twenty-eight rounds of Winchester ammunition, thirty-eight rounds of Winchester 9mm ammunition, eleven boxes of Wolf .223 assault rifle ammunition, one box of American Eagle 9mm. ammunition containing 48 rounds, one box of American Eagle 9mm. ammunition containing 50 rounds, and an assault rifle magazine containing thirty rounds of Remington .223 ammunition.

In violation of Title 18, United States Code, Section 922(g).

## FORFEITURE

1. The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).

2.      From his engagement in the violations alleged in Count One, the defendant, TIMOTHY JEROME ADDISON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and United States Code, Section 2461©, all of their right, title, and their interest in: Any firearm and ammunition involved in or used in a knowing violation of Title 18, United States Code, Sections 922(g).

Such property includes, but is not limited to the following firearm and ammunition: one Sigsauer 9mm. handgun, one Glock .40 caliber handgun, 28 rounds of Winchester ammunition, 38 rounds of Winchester 9mm. ammunition, 11 boxes of Wolf .223 assault rifle ammunition, one box of American Eagle 9mm. ammunition containing 48 rounds, one box of American Eagle 9mm. ammunition containing 50 rounds, and an assault rifle magazine containing 30 rounds of Remington .223 ammunition.

3.      From his engagement in the violation alleged in Count Two of this Indictment, punishable by imprisonment for more than one year, the defendant, TIMOTHY JEROME ADDISON, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of their interest in:

   a.      Property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violations;

   b.      Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

   c.      In the case of a person convicted of engaging in a continuing criminal enterprise in violation of section 848 of this title, the defendant shall forfeit, in addition to any property described in paragraph (1) or (2), any of his interest in, claims against, and property or contractual rights affording a source of control over, the continuing criminal enterprise; and

4. If any of the property described in paragraphs 2 and 3 above as being subject to forfeiture as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred, sold or deposited with a third person;

    © has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461© to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL.

*Carol Randall*
Foreperson

PAUL I. PEREZ
United States Attorney

By: _____
COLLEEN MURPHY DAVIS
Assistant United States Attorney

By: _____
JAY L. HOFFER
Assistant United States Attorney
Deputy Chief, Special Prosecutions

FORM OBD-34
APR 1991

No. 8:07-CR-

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

TIMOTHY JEROME ADDISON

## INDICTMENT

Violations:  Title 18, United States Code, Section 924(c),
Title 21, United States Code, Section 841(b)(1)(D), and
Title 18, United States Code, Section 922(g)

A true bill,

_____
Foreperson

Filed in open court this 9th day

of January, A.D. 2006.

_____
Clerk

Bail $_____

**FILED**

2007 JAN -9  AM 11: 04

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

GPO 863 525

3